# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**345**
**CA 16-01647**
PRESENT: WHALEN, P.J., SMITH, CARNI, LINDLEY, AND NEMOYER, JJ.

---

RYAN M. FORRESTEL, PLAINTIFF-RESPONDENT,

V                                                MEMORANDUM AND ORDER

MARGUERITA M.C. JONKMAN, DEFENDANT-APPELLANT.
(APPEAL NO. 3.)

---

MARGUERITA M.C. JONKMAN, DEFENDANT-APPELLANT PRO SE.

JOHN P. PIERI, BUFFALO, FOR PLAINTIFF-RESPONDENT.

--------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered December 21, 2015. The order denied the recusal motion of defendant.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Forrestel v Jonkman* ([appeal No. 1] ___ AD3d ___ [Mar. 24, 2017]).

Entered:  March 24, 2017                          Frances E. Cafarell
                                                 Clerk of the Court